## GOSS *v.* THE STATE.

COBB, J.  No error of law being complained of, and the evidence being sufficient to authorize the verdict, the judgment of the trial judge in overruling the motion for a new trial will not be disturbed.

*Judgment affirmed.  All the Justices concurring.*

Argued February 7, — Decided March 1, 1898.

Indictment for murder.    Before Judge Reese.    Madison superior court.    September term, 1897.

*J. E. Gordon* and *J. J. Strickland*, for plaintiff in error.

*J. M. Terrell, attorney-general,* and *R. H. Lewis, solicitor-general,* contra.